IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                 No. 20-MJ-394

Stacey Yellowhorse,

        Defendant.

## WAIVER OF RIGHT TO INDICTMENT OR INFORMAITON WITHIN 30 DAYS OF ARREST

I, Stacey Yellowhorse, understand that I have the right under 18 U.S.C. § 3161(b) to have an information or indictment filed against me in this case within 30 days from the date of my arrest. Having discussed this right with my attorney, and fully understanding my rights, I knowingly, freely and voluntarily waive the right to have an indictment or information filed within thirty days of my arrest to facilitate further negotiations with the Government. I reviewed these rights and my waiver with my attorney and understand that my attorney is filing this waiver on my behalf consistent with my acknowledging such wavier on the record on February 18, 2020.

I hereby request a continuance of grand jury presentment for an additional period not to exceed seventy-five days from the date of my arrest for a total of one hundred and five (105) days. Therefore, seventy-five days should be excluded for speedy indictment purposes under 18 U.S.C. § 3161(b) and an Order reflecting such should be filed pursuant to 18 U.S.C. § 3162(h)(7)(A).

If I cannot reach an agreement with the Government, I understand that my case will be presented to the Grand Jury at a later date.

I have reviewed the substance and nature of this waiver with my client and represent to the Court that she understands it. I further represent to the Court that I believe it is in my client's best interest to agree to the contents of this document.

                                                  */s/ Carey C. Bhalla*
                                                  Carey C. Bhalla
                                                  *Attorney for Stacey Whitehorse*
                                                  1306 Rio Grande Blvd. NW
                                                  Albuquerque, New Mexico 87104
                                                  Telephone: (505) 508-5589