# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Steven C. Yarbrough

Arraignment

| | | | |
|---|---|---|---|
| Case Number: | 20-1566 KWR | UNITED STATES vs. YELLOWHORSE | |
| Hearing Date: | 8/17/2020 | Time In and Out: | 1:27 pm – 1:31 pm |
| Courtroom Deputy: | K. Dapson | Digital Recording: | Hondo Remote |
| Defendant: | Stacey Yellowhorse | Defendant's Counsel: | Carey Bhalla |
| AUSA: | Niki Tapia-Brito | Pretrial/Probation: | |
| Interpreter: | | | |

## Proceedings

- ☐ First Appearance by Defendant
- ☐ Defendant waived appearance at Arraignment
- ☒ Defendant received a copy of charging document
- ☒ Defendant questioned re: time to consult with attorney regarding penalties
- ☒ Defendant waives reading of Indictment
- ☒ Defendant enters a Not Guilty plea
- ☒ Motions due by: Monday, September 07, 2020
- ☒ Parties agree Standing Discovery Order to be electronically entered  ☐ Discovery Order previously entered  ☐ Discovery Order not entered; parties to confer pursuant to Rule 16.1(a) within 14 days
- ☒ Case assigned to: Judge Riggs
- ☒ Trial will be scheduled by presiding judge  ☐ Trial currently set
- ☐ Defendant waives Detention Hearing

## Custody Status

- ☒ Defendant previously detained
- ☐ Conditions

## Other

- ☐ Defendant waives personal presence at hearing/Court accepts Defendant's waiver