IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | Case No.: 20-CR-01566 KWR |
| vs. | ) ) ) | |
| TIMOTHY CHISCHILLY, et al., | ) ) | |
| Defendants. | ) | |

## NOTICE OF ENTRY OF APPEARANCE

The United States hereby notifies the Court that Assistant United States Attorney Jennifer M. Rozzoni enters her appearance on behalf of the United States.

The United States requests that all future notices, pleadings and correspondence be delivered to counsel of record Jennifer M. Rozzoni.

        Respectfully submitted,

        JOHN C. ANDERSON
        United States Attorney

        */s/ Electronically filed on November 24, 2020*
        JENNIFER M. ROZZONI
        Assistant U.S. Attorney
        P.O. Box 607
        Albuquerque, NM 87102
        (505) 346-7274

I HEREBY CERTIFY that on November 24, 2020, I filed the foregoing electronically through the CM/ECF system, which caused counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.
*/s/*
JENNIFER M. ROZZONI
Assistant U.S. Attorney