IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                            No. 1:20-cr-01566-KWR

TIMOTHY CHISCHILLY, and
STACEY YELLOWHORSE,

      Defendants.

### ORDER TO SUSPEND SCHEDULING ORDER DEADLINES

THIS MATTER having come before the Court on Defendants' Unopposed Motion to Suspend Scheduling Order Deadlines [Doc. No. 65], and the Court having reviewed the matter and being otherwise fully advised, FINDS good cause exists to grant the Motion.

IT IS THEREFORE ORDERED that the deadlines contained in the Scheduling Order are suspended;

IT IS FURTHER ORDERED that the parties shall submit a stipulated amended scheduling order on or before April 2, 2021.

IT IS SO ORDERED.

_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE

Submitted by:

*/s/ Robert R. Cooper*
ROBERT R. COOPER
Counsel for Defendant Timothy Chischilly
*/s/ Carey Corlew Bhalla*
CAREY CORLEW BHALLA
JOSEPH E. SHATTUCK
Counsel for Defendant Stacey Yellowhorse

Approved:

*/s/ Allison Jaros*
ALLISON JAROS
JENNIFER M. ROZZONI
Assistant United States Attorney