FD-302 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION

Date of entry    02/10/2020

Stacey YELLOWHORSE (hereafter YELLOWHORSE), date of birth ███████, social security number ███████, census number ███████, phone number ███████, lives with Timothy CHISCHILLY at a home (no house number) located approximately 1.5 miles south of the Mexican Springs Chapter House. YELLOWHORSE was interviewed by Special Agent David Loos and Navajo Criminal Investigator Custer Bryant. After being advised of the identity of the interviewing Agents, YELLOWHORSE provided the following information:

**Agent Note:** The below is an interview summary. It is not intended to be a verbatim account and does not memorialize all statements made during the interview. Communications by the parties were electronically recorded. The recording captures the actual words spoken.

**Agent Note:** On Saturday morning, February 1, 2020, Writing Agent was advised that Timothy CHISCHILLY (CHISCHILLY) and Stacey YELLOWHORSE (YELLOWHORSE) were at their home in Mexican Springs but were planning to leave the state to look for work. Writing Agent was also informed they would be leaving soon. Writing Agent and a Navajo Police Officer approached the home. The Navajo Police Officer handcuffed CHISCHILLY and placed him into custody. YELLOWHORSE was not placed in handcuffs.

YELLOWHORSE started talking immediately. Writing Agent did not have time to turn on a recorder. The first part of YELLOWHORSE's interview was not recorded. YELLOWHORSE was complaining of being beaten up by CHISCHILLY. Writing Agent asked YELLOWHORSE if she needed medical attention. YELLOWHORSE declined. Writing Agent wanted to wait until Navajo Criminal Investigator Custer Bryant arrived on scene before starting the interview but YELLOWHORSE kept talking so the interview was started. YELLOWHORSE appeared to be intoxicated.

YELLOWHORSE stated they dropped P█ off at Don Diego's. YELLOWHORSE

**GOVERNMENT EXHIBIT 1**

Investigation on 02/01/2020 at Mexican Springs, New Mexico, United States (In Person)

File # 198A-AQ-3230140    Date drafted 02/05/2020

by LOOS DAVID C

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

U.S. v. Timothy Chischilly, et al._072

198A-AQ-3230140

Continuation of FD-302 of  (U) Stacey Yellowhorse Interview  , On 02/01/2020 , Page 2 of 6

stated P▓ did not come up to Mexican Springs with them. YELLOWHORSE stated they dropped P▓ off at Don Diego's.

YELLOWHORSE stated she had been drinking with P▓. YELLOWHORSE and P▓ got in a fight with Tanya and YELLOWHORSE kicked Tanya's face up at the flee market. YELLOWHORSE stated Tanya was beating P▓ up in the car. P▓ was all bloody and beat up. YELLOWHORSE stated they let Tanya go from there and then they let P▓ go from Don Diego's.

YELLOWHORSE stated she didn't know P▓'s phone was in the car. YELLOWHORSE stated she got rid of the phone. YELLOWHORSE then stated his friend took it and either sold it or "burred" it. **Agent Note: It's the opinion of the Writing Agent that it sounded liked YELLOWHORSE was going to say "burned" it but caught herself prior to finishing the word.**

YELLOWHORSE stated, "honestly, I can't tell you."

YELLOWHORSE stated she got beat up. YELLOWHORSE stated CHISCHILLY told her to "shut the fuck up." CHISCHILLY beat up YELLOWHORSE. YELLOWHORSE asked CHISCHILLY, "what the fuck did you guys do?" CHISCHILLY doesn't know why he said that. YELLOWHORSE stated he keeps beating her up. YELLOWHORSE asked, "what did you guys do with her, what did you guys do?" CHISCHILLY stated "nothing" and YELLOWHORSE keeps getting beat up.

**Agent Note: YELLOWHORSE pointed to her arm. YELLOWHORSE was asked if she wanted an ambulance. YELLOWHORSE was told we would get her an ambulance. YELLOWHORSE responded, "I'll be okay." YELLOWHORSE was also asked if she was hungry and needed a granola bar. YELLOWHORSE declined.**

YELLOWHORSE stated it was his friends, it was the cowboys. YELLOWHORSE stated she did not know them. YELLOWHORSE stated she was passed out drunk the whole time. YELLOWHORSE stated he told her not to say anything because it was his friend or somebody. YELLOWHORSE stated he (CHISCHILLY) wasn't with them and that CHISCHILLY was here with YELLOWHORSE.

YELLOWHORSE stated she had P▓'s phone because she left it in the car and they had the car that night and YELLOWHORSE doesn't know what they did. YELLOWHORSE was passed out the whole time.

YELLOWHORSE was asked if they dropped P▓ off with two guys they don't

know then why is CHISCHILLY worried? YELLOWHORSE responded that they are all "bros". YELLOWHORSE and CHISCHILLY came home together.

YELLOWHORSE stated the thing she "freaks out" about is why the car went over there when I was passed out and then went somewhere else and "I wasn't involved."

YELLOWHORSE stated she (P█) was dropped off at Don Diego's. YELLOWHORSE asked them "what did you guys do to her?"

**Agent Note: Navajo Criminal Investigator Custer Bryant arrived and participated in the interview at this point.**

YELLOWHORSE stated they beat up Tanya at the flee market and she didn't know P█ left her cell phone in the car. YELLOWHORSE stated P█ was not with them when they came home. YELLOWHORSE found the phone in the car the next day.

YELLOWHORSE stated he told me to "shut the fuck up." YELLOWHORSE stated she can't say anything. YELLOWHORSE stated she can't say anything because she'll get beat up again.

YELLOWHORSE stated she got beat up by CHISCHILLY on the way home from Gallup today. YELLOWHORSE stated they go to Gallup every day, their routine is in and out.

YELLOWHORSE stated she would tell the truth later. YELLOWHORSE stated they left her at Don Diego's and she doesn't know what happened after that.

**Agent Note: YELLOWHORSE was told she would get medical attention.**

YELLOWHORSE stated "he didn't do nothing, he never did nothing."

**Agent Note: YELLOWHORSE complained about her arm hurting. Writing Agent told her we would get her an ambulance. YELLOWHORSE stated "no" and denied medical care. YELLOWHORSE was told that we want to have her checked.**

YELLOWHORSE stated her arm was broken in February.

YELLOWHORSE stated she was drunk and doesn't know what happened. YELLOWHORSE stated she already told mother earth the truth.

198A-AQ-3230140

Continuation of FD-302 of (U) Stacey Yellowhorse Interview , On 02/01/2020 , Page 4 of 6

    YELLOWHORSE stated they brought her home and then took off.

    YELLOWHORSE doesn't understand why "that night they disappeared from me." YELLOWHORSE said he referring to CHISCHILLY. YELLOWHORSE said "sis" got off at Don Diego's. "Sis" is P█.

    YELLOWHORSE stated she hasn't known P█ very long and got to know her through a program like "AA". YELLOWHORSE stated they never had an argument. YELLOWHORSE stated she and P█ were "lesbian lovers" before she ended up with Tanya. YELLOWHORSE said Tanya is always the one who beats her up.

    YELLOWHORSE stated she talked to P█'s sister on the phone and talked to P█'s mom.

    YELLOWHORSE stated CHISCHILLY asked them where P█ was? YELLOWHORSE responded that we dropped her off for you at Don Diego's.

    YELLOWHORSE stated she never came back here with P█. YELLOWHORSE stated the two guys at Don Diego's are CHISCHILLY's "boys". YELLOWHORSE stated they were in a black truck.

    YELLOWHORSE stated she never brought P█ home here.

    YELLOWHORSE stated they were in the white car and picked up a hitch hiker.

    YELLOWHORSE stated P█ has never been there. YELLOWHORSE wanted to bring P█ home but never did.

    YELLOWHORSE asked if we could bring CHISCHILLY over so they could tell us together. YELLOWHORSE stated, "can I have him beside me and we'll tell you the truth what happened."

    YELLOWHORSE stated I don't know what they did to her and I'm getting beat up for it.

    YELLOWHORSE asked if she could write it down, it would be better.

    **Agent Note: YELLOWHORSE was offered medical attention. YELLOWHORSE was told a doctor needs to look at her arm.**

YELLOWHORSE asked if she is going to get in trouble for this? YELLOWHORSE wrote a statement and then read it out loud, "I Stacey were drinking with Tanya and P█ and they got in a fight and I backed her up, and that's it." YELLOWHORSE stated and other I do not know.

**Agent Note: EMS personnel arrived on scene with an ambulance. They were asked to give us a minute.**

YELLOWHORSE stated she keeps asking questions and that's why she got beat up. YELLOWHORSE stated she was asleep and doesn't know.

**Agent Note: YELLOWHORSE and CI Bryant spoke in Navajo.**

YELLOWHORSE stated she doesn't want to say anything to you (indicating towards Navajo CI Bryant) and wanted to go for a walk with Writing Agent. YELLOWHORSE stated she's worried that people are saying the wrong thing because he never did anything. CHISCHILLY told YELLOWHORSE that they went cruising and went back into Gallup but he didn't do anything.

YELLOWHORSE stated the guys at Don Diego's were P█'s friends that she knew from NCI.

**Agent Note: YELLOWHORSE was trying to mouth something to Writing Agent without saying it out loud. Writing Agent asked YELLOWHORSE if she wanted to sit in the car where it was quiet. YELLOWHORSE pointed towards the recorder. Writing Agent asked YELLOWHORSE if she wanted it turned off. YELLOWHORSE said leave it off and let's go for a walk. Writing Agent left the recorder going but left the recorder on the bumper of CI Bryant's vehicle. The following statements were not recorded:**

YELLOWHORSE walked Writing Agent over to a tree and stated "look over there." Writing Agent looked but didn't see anything. YELLOWHORSE told Writing Agent to look around. Writing Agent asked YELLOWHORSE what where we looking for? YELLOWHORSE stated she saw something that scared her so she threw it over there (indicating toward the arroyo). YELLOWHORSE stated she saw some kind of tooth but didn't know what the tooth came from and thought it may have come from a coyote.

YELLOWHORSE pointed eastward and stated "look out there, you can see P█'s spirit." YELLOWHORSE walked Writing Agent further south on Barney

198A-AQ-3230140

Continuation of FD-302 of (U) Stacey Yellowhorse Interview , On 02/01/2020 , Page 6 of 6

Road and again pointed eastward and stated there is a "cult box" out there where they "sacrifice things."

YELLOWHORSE walked Writing Agent south on Barney Road. YELLOWHORSE told Writing Agent to "just look" and "look around." Nothing was found. The interview was concluded.

**Agent Note: After the interview, YELLOWHORSE walked over and spoke with the EMS personnel at the ambulance on scene.**

**Agent Note: YELLOWHORSE was arrested by the Navajo Police Department on alcohol related charges and was transported to the Crownpoint Detention Center.**