# AUDIO FILE – PLACEHOLDER

# BATES # 028 – Stacey Yellowhorse Audio Interview

## The audio file to be delivered to Court and Defense Counsel

