FD-302 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION

Date of entry  02/11/2020

    Stacey YELLOWHORSE (hereafter YELLOWHORSE), date of birth ▮▮▮▮▮▮▮▮, social security number ▮▮▮▮▮▮, census number ▮▮▮▮▮, phone number ▮▮▮▮▮▮, lives with Timothy CHISCHILLY at a home (no house number) located on Barney Road, approximately 1.5 miles south of the Mexican Springs Chapter House. YELLOWHORSE was interviewed by Special Agent David Loos and Navajo Criminal Investigator Custer Bryant at the Crownpoint Police Department. After being advised of the identity of the interviewing Agents, YELLOWHORSE provided the following information:

    **Agent Note: The below is an interview summary. It is not intended to be a verbatim account and does not memorialize all statements made during the interview. Communications by the parties were electronically recorded. The recording captures the actual words spoken.**

    **Agent Note: YELLOWHORSE was in custody and was read her Advice of Rights. The Advice of Rights form was signed by YELLOWHORSE and has been attached electronically. The original will be maintained in a 1A envelope.**

    YELLOWHORSE stated she woke up and heard someone screaming and saw Timothy nailing her hand down to the floor in the house. YELLOWHORSE stated it happened in the bedroom.

    YELLOWHORSE stated there were two nails, one in each hand. YELLOWHORSE stated her hands were straight across. YELLOWHORSE stated she never hit her with a sledge hammer.

    YELLOWHORSE stated she asked Timothy why he did that to her and that's why she got beat up. YELLOWHORSE stated right before we showed up that morning, Timothy slammed her toe in the door.

    YELLOWHORSE stated when she came back she saw a fire. YELLOWHORSE stated he burned her. YELLOWHORSE saw a big fire going with tires. YELLOWHORSE

**GOVERNMENT EXHIBIT 3**

Investigation on  02/01/2020  at  Crownpoint, New Mexico, United States (In Person)

File # 198A-AQ-3230140     Date drafted  02/09/2020

by LOOS DAVID C

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

U.S. v. Timothy Chischilly, et al._147

stated she could smell it. YELLOWHORSE stated the fire was burning for three days.

YELLOWHORSE stated she woke up on the bed in the bedroom and she saw Timothy driving nails into her hands on the floor next to the bed. YELLOWHORSE got scared and ran out of the house. YELLOWHORSE went back into the house to get her shoes and saw Timothy pulling the nails out of her hands with a hammer. YELLOWHORSE saw Timothy's foot on P▓'s arm as he was using the hammer to pull the nails out. YELLOWHORSE stated when she came back in, P▓ was all bloody, was crying, and was still alive.

YELLOWHORSE got scared and took off again. YELLOWHORSE took off for about an hour. YELLOWHORSE walked down to the bridge and came back and saw the fire. When YELLOWHORSE came back to the house she started drinking more and went onto her bed. YELLOWHORSE didn't see any blood because it was dark.

YELLOWHORSE stated she didn't hit her in the head and she wouldn't do that to her.

YELLOWHORSE stated the floor in the bedroom has always been wood.

YELLOWHORSE stated when she came back and started drinking, Timothy was out by the fire. YELLOWHORSE stated Timothy used tires to keep the fire going for three days.

YELLOWHORSE stated Timothy chopped up the dresser where the blood was. Timothy burned the dresser.

**Agent Note: YELLOWHORSE drew a picture of where the incident occurred. The picture has been scanned and attached electronically. The original will be maintained in a 1A envelope.**

YELLOWHORSE stated the dresser had blood all over it. YELLOWHORSE stated there was another board, a drywall board that had blood all over it. YELLOWHORSE believes he burned it. YELLOWHORSE stated there were two dressers that had blood all over them. Timothy burned both dressers.

YELLOWHORSE doesn't know why blood was all over. YELLOWHORSE did not see P▓'s face. YELLOWHORSE stated she did not hit P▓.

198A-AQ-3230140

Continuation of FD-302 of (U) Stacey Yellowhorse Interview , On 02/01/2020 , Page 3 of 4

YELLOWHORSE does not know if Timothy used the white car and does not know why there would be blood in the car. Timothy told YELLOWHORSE that if she says something, Timothy will get her too.

YELLOWHORSE does not know why Timothy would do this. YELLOWHORSE stated P█ was a good person.

YELLOWHORSE stated Timothy did not know YELLOWHORSE and P█ were ever in a relationship. Timothy knew they were friends.

YELLOWHORSE stated this morning during the interview, YELLOWHORSE kept going to the restroom at the outhouse. YELLOWHORSE wanted to tell Agents to look at the fire.

YELLOWHORSE stated she was afraid of Timothy and that's why she walked Writing Agent up and down the road. YELLOWHORSE stated Timothy burned her.

YELLOWHORSE stated Timothy made her help him move the dressers outside. YELLOWHORSE stated Timothy used a two way axe to chop up the dressers. YELLOWHORSE stated the axe should still be in the house next to the door. The axe has a wood handle. Timothy had YELLOWHORSE move the bed. The bed used to be in a different location. YELLOWHORSE stated there are two nail holes. The nails were real long construction nails.

YELLOWHORSE stated the hydrogen peroxide is for the dog with a hurt neck. YELLOWHORSE stated Timothy used Clorox and Fabuloso to clean up the mess.

YELLOWHORSE believes Timothy used the truck.

YELLOWHORSE stated they did not drop P█ off at Don Diego's. YELLOWHORSE stated that after the fight at the flee market (late afternoon), they went to Safeway and got another half gallon. From Safeway they went to the Speedway Gas Station in Tohlaki. When they got to Speedway it was dark. They parked in front of the store and went in and grabbed a soda. From Speedway they continued north and went to Timothy's sister's house. P█ was with them and stayed in the car at the sister's house. From the sister's house they went home. YELLOWHORSE doesn't know what time they got home. It was dark but not real late. YELLOWHORSE stated P█ had her phone and was looking up songs YELLOWHORSE likes to hear.

198A-AQ-3230140

Continuation of FD-302 of (U) Stacey Yellowhorse Interview , On 02/01/2020 , Page 4 of 4

YELLOWHORSE stated they had not been fighting. YELLOWHORSE was passed out. YELLOWHORSE woke up and P▮ was being nailed to the floor.

YELLOWHORSE stated they drove by Don Diego's and there were two cowboys that greeted Timothy. P▮ did not get out of the car and stayed with them.

YELLOWHORSE stated a few days after, Timothy and YELLOWHORSE went to Gallup and picked up John MIRAZZA (spelling unknown). The day after the incident with P▮, they went to Gallup and picked up a lady and took her to GreenTree by Walmart.

YELLOWHORSE stated they used the truck about three days later. YELLOWHORSE stated Winston (Winston Jason Talley) came over and went in the truck with Timothy. It was at night. They did not say where they went. YELLOWHORSE stated they cleaned up the ashes and used the truck to move the ashes.

YELLOWHORSE stated when she woke up, Timothy was enjoying it, what he was doing. YELLOWHORSE stated they had not used meth that day. YELLOWHORSE stated Timothy had used his Prozac pills. YELLOWHORSE stated Timothy is suicidal and tried to hang himself. YELLOWHORSE stated Timothy used to take only one pill but now he takes two.

YELLOWHORSE stated she walked Writing Agent up and down the road that morning because she saw dogs and crows around the fire. YELLOWHORSE doesn't know if her body is over there because the crows are always in that area.