IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | Cr. No. 20-1566 KWR |
| ) | |
| vs. ) | |
| ) | |
| TIMOTHY CHISCHILLY and ) | |
| STACEY YELLOWHORSE, ) | |
| ) | |
| Defendants. ) | |

**RESPONSE TO MOTION TO SEVER DEFENDANTS**

The United States responds to Motion to Sever Defendants. Doc. 78 ("Motion"). Having reviewed the Motion, and researched the relevant caselaw, the United States does not oppose the Defendants' requested severance of trial under Rule 14 of the federal rules of criminal procedure. Specifically, the United States does not object to the Court severing defendants to hold separate trials for Defendants Timothy Chischilly and Stacey Yellowhorse.

Respectfully submitted,

FRED J. FEDERICI
Acting United States Attorney

*/s/ electronically filed September 24, 2021*
FREDERICK MENDENHALL
JENNIFER ROZZONI
Assistant U.S. Attorneys

201 Third St. NW, Suite 900
Albuquerque, NM 87102
(505) 346-7274 phone
(505) 346-7296 fax

I hereby certify that a copy of this
motion was delivered via CM/ECF
to counsel for the defendant.

*Electronically filed*
FREDERICK MENDENHALL