



facebook.com/photo.php?fbid=1316...









