UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                                            No. 1:20-cr-01566-DHU

TIMOTHY CHISCHILLY and
STACEY YELLOWHORSE, *also
known as* STACY YELLOWHORSE,

    Defendants.

### ORDER GRANTING AN EXTENSION OF TIME TO FILE A REPLY BRIEF

    This matter is before the Court on the Government's "Motion for 5-Day Extension to File Reply Brief" (ECF No. 154) in support of the Government's previously filed Motion in Limine to Exclude Timothy Chischilly's Past Acts of Violence and Criminal History (ECF No. 120). Having considered the motion and noting that it is unopposed, the Court **GRANTS** the Government's Motion for 5-Day Extension to File Reply Brief. The Government will file its reply brief by March 18, 2022.

    **IT IS SO ORDERED**.

_____
HON. DAVID H. URIAS
UNITED STATES DISTRICT JUDGE