IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

vs.

**STACEY YELLOWHORSE**,

Defendant.

Cr. No. 20-1566 DHU

**UNITED STATES' EXHIBIT LIST**

The United States of America respectfully submits the following list of anticipated exhibits (followed by their corresponding bate stamp) which may be introduced at the August 1, 2022, trial of Defendant Stacey Yellowhorse. The United States of America requests permission to amend such list to include additional exhibits as may become necessary prior to and during the trial:

1. Jane Doe missing flyer redacted (Bates 233)
2. AT&T wireline subpoena records for Jane Doe's phone # (Bates 1493-94)
3. AT&T mobile subpoena records for Jane Doe's phone # (Bates 1497-1517)
4. Photograph of white Buick at T. Chischilly's home (Bates 178)
5. CAST report redacted (Bates 3916 – 3933)
6. Drawn Map T. Chischilly's residence exterior (Bates 118)
7. Drawn Map T. Chischilly's residence interior (Bates 119)
8. Exterior photograph T. Chischilly residence (Bates 504)
9. Exterior photograph T. Chischilly residence (Bates 505)
10. Exterior photograph T. Chischilly residence (Bates 506)

11. Exterior photograph T. Chischilly residence (Bates 507)

12. Exterior photograph burn pit at T. Chischilly residence (Bates 526)

13. Exterior photograph burn pit at T. Chischilly residence (Bates 530)

14. Exterior photograph burn pit at T. Chischilly residence close up (Bates 549)

15. Exterior photograph burn pit at T. Chischilly residence close up (Bates 550)

16. Exterior photograph burn pit at T. Chischilly residence close up (Bates 561)

17. Interior photograph T. Chischilly entryway (Bates 645)

18. Interior photograph T. Chischilly entryway (Bates 646)

19. Interior photograph T. Chischilly entryway (Bates 647)

20. Interior photograph T. Chischilly entryway (Bates 648)

21. Interior photograph T. Chischilly entryway (Bates 649)

22. Interior photograph T. Chischilly entryway (Bates 650)

23. Interior photograph T. Chischilly entryway (Bates 651)

24. Interior photograph T. Chischilly entryway (Bates 654)

25. Interior photograph T. Chischilly entryway w 1&2 evidence placard (Bates 861)

26. Interior Photograph T. Chischilly entryway (Bates 657)

27. Interior photograph T. Chischilly entryway (Bates 659)

28. Interior photograph T. Chischilly entryway (Bates 660)

29. Interior photograph T. Chischilly entryway (Bates 668)

30. Interior photograph T. Chischilly entryway w 3 evidence placard (Bates 872)

31. Interior photograph T. Chischilly entryway w 3 evidence placard closeup (Bates 874)

32. Nails collected associated w/ 3 evidence placard (Physical evidence)

33. Interior photograph T. Chischilly kitchen (Bates 671)

34. Interior photograph T. Chischilly kitchen (Bates 673)

35. Interior photograph T. Chischilly kitchen (Bates 674)

36. Interior photograph T. Chischilly kitchen (Bates 675)

37. Interior photograph T. Chischilly kitchen (Bates 676)

38. Interior photograph T. Chischilly Kitchen (Bates 687)

39. Interior photograph T. Chischilly closet (Bates 680)

40. Interior photograph T. Chischilly closet (Bates 695)

41. Interior photograph T. Chischilly closet (Bates 699)

42. Interior photograph T. Chischilly Closet (Bates 707)

43. Interior photograph T. Chischilly Closet (Bates 709)

44. Interior photograph T. Chischilly bedroom entry (Bates 726)

45. Interior photograph T. Chischilly bedroom (Bates 728)

46. Interior photograph T. Chischilly bedroom (Bates 731)

47. Interior photograph T. Chischilly bedroom (Bates 732)

48. Interior photograph T. Chischilly bedroom (Bates 733)

49. Interior photograph T. Chischilly bedroom (Bates 734)

50. Interior photograph T. Chischilly bedroom (Bates 736)

51. Interior photograph T. Chischilly bedroom (Bates 737)

52. Interior photograph T. Chischilly bedroom (Bates 738)

53. Interior photograph T. Chischilly bedroom (Bates 760)

54. Interior photograph T. Chischilly bedroom (Bates 817)

55. Interior photograph T. Chischilly bedroom (Bates 819)

56. Interior photograph T. Chischilly bedroom (Bates 815)

57. Interior photograph T. Chischilly bedroom w evidence placards 3&4 (Bates 880)

58. Interior photograph T. Chischilly bedroom evidence #4 (Bates 885)

59. Interior photograph T. Chischilly bedroom evidence #5 (Bates 894)

60. Interior photograph T. Chischilly bedroom evidence #5 2 (Bates 896)

61. Interior photograph T. Chischilly bedroom (Bates 923)

62. Interior photograph T. Chischilly bedroom evidence # 4B&C (Bates 904)

63. Interior photograph T. Chischilly bedroom evidence #5B (Bates 908)

64. Interior photograph T. Chischilly bedroom evidence 5 (Bates 918)

65. Interior photograph bedroom evidence 5 (Bates 917)

66. Bedroom evidence 4B (physical evidence)

67. Bedroom evidence 4C (physical evidence)

68. Bedroom evidence 5B (physical evidence)

69. Interior photograph T. Chischilly bedroom evidence #6 (Bates 899)

70. Bird's eye view of dump site Map (Bates 100)

71. Exterior photograph Dump site (Bates 1082)

72. Exterior photograph dump site (Bates 1090)

73. Exterior photograph dump site (Bates 1097)

74. Exterior photograph dump site (Bates 1064)

75. Exterior photograph dump site (Bates 1065)

76. Exterior photograph dump site (Bates 1068)

77. Exterior photograph white Buick (Bates 1174)

78. Exterior photograph white Buick (Bates 1177)

79. Interior photograph white Buick (Bates 1210)

80. Interior photograph white Buick (Bates 1277)

81. Interior photograph white Buick evidence placards 1-3 (Bates 1284)

82. Interior photograph white Buick evidence placard 1 (Bates 1289)

83. Interior photograph white Buick evidence placard 1 (Bates 1290)

84. Interior photograph evidence placard 2 (Bates 1294)

85. Interior photograph evidence placard 2 (Bates 1295)

86. Interior photograph evidence placard 3 (Bates 1313)

87. Interior photograph evidence placard 3 (Bates 1314)

88. Interior photograph evidence (Bates 1316)

89. Small Sledgehammer (Physical evidence)

90. Stacey Yellowhorse 2.1.20 residence interview audio recording (Bates 28)

91. Stacey Yellowhorse 2.1.20 station interview video recording (Bates 29)

92. Drawing of T. Chischilly residence by Stacey Yellowhorse (Bates 152)

93. Stacey Yellowhorse 2.2.20 station interview audio recording (Bates 30)

94. Exterior photograph skull recovery (Bates 1605)

95. Exterior photograph skull recovery (Bates 1608)

96. Exterior photograph skull recovery (Bates 1609)

97. Exterior photograph skull (Bates 1622)

98. Exterior photograph skull (Bates 1629)

99. Exterior photograph skull (Bates 1638)

100. Exterior photograph skull (Bates 1646)

101. Stacey Yellowhorse Facebook screenshot (Bates 1671)

102. Stacey Yellowhorse Facebook screenshot (Bates 1673)

103. Stacey Yellowhorse Facebook screenshot (Bates 1676)

104. Stacey Yellowhorse Facebook screenshot (Bates 1677)

105. Stacey Yellowhorse Facebook screenshot (Bates 1680)

106. SW Yellowhorse Facebook return (Bates 2634)

107. Facebook screenshot group page (Bates 3074)

108. Facebook screenshot group page (Bates 3075)

109. Facebook screenshot group page (Bates 3079)

110. Facebook screenshot group page (Bates 3081)

111. OMI photograph skull (Bates 2018)

112. OMI photograph skull (Bates 2019)

113. OMI photograph skull (Bates 2022)

114. OMI photograph bones (Bates 2027)

115. OMI photograph bones (Bates 2028)

116. OMI photograph bones (Bates 2029)

117. OMI photograph bones (Bates 2030)

118. OMI photograph bones (Bates 2032)

119. OMI photograph bones (Bates 2034)

120. OMI photograph bones (Bates 2035)

121. Anthropology report page redacted (Bates 2230)

122. Anthropology report bone photograph (Bates 2237)

123. Anthropology report skull photograph (Bates 2238)

124. Anthropology report skull photograph (Bates 2239)

125. Stipulation to land status and Indian blood (pending)

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

***Electronically filed on June 1, 2022***
FREDERICK MENDENHALL
JENNIFER ROZZONI
Assistant United States Attorneys
P.O. Box 607
Albuquerque, New Mexico 87103
505-346-7274

I HEREBY CERTIFY that I filed the foregoing pleading electronically through the CM/ECF system which caused the following parties or counsel to be served by electronic means, as reflected on the Notice of Electronic Filing, and other methods of service as indicated therein.

/s/
FREDERICK MENDENHALL