IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Cr. No. 20-1566 DHU |
| | ) |
| **STACEY YELLOWHORSE**, | ) |
| | ) |
| Defendant. | ) |

## UNITED STATES' WITNESS LIST

The United States of America respectfully submits the following list of anticipated witnesses for trial in this matter. The United States does not waive the right to supplement this list.

1. Vera Damon
   Victim's mother, saw the victim on the day of her disappearance and spoke with Defendant Yellowhorse on the day of and after the victim's disappearance.
   The United States estimates direct examination will require 1 hour.

2. Tanya Vanwinkle
   Victim's girlfriend. Saw the victim leave in a vehicle with Defendants Yellowhorse and Chischilly on the day of the victim's disappearance.
   The United States estimates direct examination will require ½ hour.

3. Shauna Martinez
   Defendant Yellowhorse's Sister. 404(b) witness. See Doc. 102. Observed Yellowhorse and Chischilly together.
   The United States estimates direct examination will require ½ hour.

4. Special Agent Sean MacManus (FBI)
   Cellular location expert
   USA anticipates direct examination will require 1 hour

5. Phoebe Yazzie
404(b) witness.  <u>See</u> Doc. 102.  Observed Yellowhorse and Chischilly together.
The United States estimates direct examination will require ½ hour.

6. Jennifer Chischilly
Present for statements Timothy Chischilly made against interest about the offense.
The United States anticipates testimony will require 1 hour.

7. Timothy Chischilly
The United States anticipates that Mr. Chischilly will invoke his Fifth Amendment privilege not to testify.  <u>See</u> Doc. 121.  In the event he does not, the United States estimates that direct examination will take 2 hours.

8. Anson Damon
Victim's brother.  Will testify that he saw and heard from victim on the day of her disappearance.
The United States anticipates direct examination will require ½ hour.

9. Andrew Anderson
Will testify to Timothy Chischilly's statements against interest about the offense.
Will testify to what he saw in Chischilly's vehicle.
The United States anticipates direct examination will require 1 hour.

10. Matisha Anderson
Will testify to Timothy Chischilly's statements against interest about the offense and Defendant Yellowhorse's statements related to the offense.
The United States anticipates direct examination will take 1 hour.

11. Alexandra Chee
Will testify to Timothy Chischilly' statements against interest about the offense.
The United States anticipates direct examination will take 1/2 hour.

12. Patricia Yellowhorse
Defendant Stacey Yellowhorse's step-mother.  Present for statements Defendant Yellowhorse made about the offense.
The United States anticipates direct examination will require 1/2 hour

13. Herman Yellowhorse
Defendant Stacey Yellowhorse's father.  Present for statements Defendant Yellowhorse made about the offense and for statements Timothy Chischilly made against interest about the offense.  The United States anticipates direct examination will require 1/2 hour.

14. Marvin Garcia (FBI personnel)
    Present for search of Defendant Chischilly's home, burn pit near the home, and Chischilly vehicle. Collected physical evidence.
    The United States estimates direct examination will require 1 hour.

15. Special Agent Alicia Harris
    Present for search of Defendant Chischilly's home and burn pit near the home.
    The United States estimates direct examination will require ½ hour

16. Special Agent Nancy Stemo
    Present for search of Defendant Chischilly's home and burn pit near the home.
    The United States estimates direct examination will require ½ hour

17. Tammy Peter (FBI personnel)
    Present for and took photos of search of Defendant Chischilly's home and 2 vehicles.
    The United States anticipates direct examination will require 1 hour

18. Raeanne Peterson (FBI personnel)
    Present for and took photos of search of burn pit near Defendant Chischilly's home. Present for and collected evidence during search of Defendant Chischilly's home.
    The United States anticipates direct examination will require ½ hour

19. Ross Wilson (FBI personnel)
    Present for search of Defendant Chischilly's home and dumpsite near the home.
    The United States estimates direct examination will require ½ hour

20. Margaret Thomas (FBI personnel)
    Present for search of Defendant Chischilly's home, dumpsite near the home, and Chischilly vehicle. Collected physical evidence.
    The United States estimates direct examination will require 1 hour.

21. Special Agent Bradley Koons
    Present for search of Defendant Chischilly's white Buick
    The United States anticipates direct examination will require ½ hour

22. Special Agent Matthew Roe
    Present for discovery of victim's skull with Defendant Yellowhorse.
    The United States estimates direct examination will require ½ hour

23. Donavan Bicenti Navajo PD
    Present for discovery of victim's skull with defendant Yellowhorse and took photographs of it.
    The United States estimates direct examination will require ½ hour.

24. Custer Bryant
    Navajo Criminal Investigator. Present for searches of Defendant Chischilly's home and interviews with Defendants Yellowhorse and Chischilly.
    The United States estimates direct examination will require 1 hour.

25. Special Agent David Loos
    Case Agent
    The United States anticipates direct examination will require 4 hours.

26. Special Agent Mark Stephenson
    Will testify to contents of Facebook search.
    The United States anticipates direct examination will require ½ hour.

27. Robert W. Allen (Oklahoma State University)
    Forensic Lab director who forensically identified victim's remains
    The United States estimates direct examination will require 1 hour.

28. Ross Zumwalt UNM
    OMI doctor.
    The United States anticipates direct examination will take 1 hour

29. Nicole Jackson
    OMI doctor.
    The United States anticipates direct examination will take 1 hour

30. Heather Edgar UNM
    Forensic Anthropologist
    The United States anticipates direct examination will take 1 hour

31. Anna Rautman UNM
    Forensic Anthropologist
    The United States anticipates direct examination will take 1 hour

32. Shannon Prince (FBI)
    Forensic fingerprint analyst
    Rebuttal witness

33. Jason Talley
    Witness who travelled with Defendants Yellowhorse and Chischilly to dump ash after the victim disappeared.
    The United States estimates direct examination will take 1 hour.

34. Alan Guisti
    Forensic DNA analyst
    The United States anticipates direct examination will take 1 hour

                            Respectfully submitted,

                            ALEXANDER M.M. UBALLEZ
                            United States Attorney

                            *Electronically filed on June 1, 2022*
                            FREDERICK MENDENHALL
                            JENNIFER ROZZONI
                            Assistant United States Attorneys
                            P.O. Box 607
                            Albuquerque, New Mexico 87103
                            505-346-7274

I HEREBY CERTIFY that I filed the foregoing pleading electronically through the CM/ECF system which caused the following parties or counsel to be served by electronic means, as reflected on the Notice of Electronic Filing, and other methods of service as indicated therein.

/s/
FREDERICK MENDENHALL
Assistant U.S. Attorney