IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                   CR No. 20-1566-DHU

STACEY YELLOWHORSE,

      Defendant.

**STIPULATED SECOND AMENDED SCHEDULING ORDER**

This matter comes before the Court on the parties' request and Court's oral order to produce an amended scheduling order. The parties subsequently submitted a proposed scheduling order to the Court. The Court finds the proposed schedule to be reasonably tailored to the facts and circumstances of this case. Consequently, the Court will impose the following deadlines:

| | |
|---|---|
| September 6, 2021: | Pretrial motions due; |
| September 10, 2021: | Expert notices due; |
| October 11, 2021: | Daubert motions and any other objections to expert testimony due; |
| November 15, 2021: | Notices of intent to offer evidence under Fed. R. Evid. 404(b), 609, 807, and 902(11) – 902(14) due; |
| February 7, 2022: | Motions in Limine due; Objections to 404(b), 609, 807, and the introduction of self-authenticating 902(11)–902(14) evidence shall be filed. Objections to the authenticity of such evidence that are not filed by this deadline shall be waived. |

| | |
|---|---|
| February 21, 2022: | Responses to Motions in Limine due; replies to objections to 404(b), 609, 807, and the introduction of self-authenticating 902(11) – 902(14) evidence due. |
| March 7, 2021: | Replies to Motions in Limine due. |
| June 1, 2022: | Witness and exhibit lists and government's disclosure of *Giglio* and *Jencks* material due. |
| July 20, 2022: | Objections to witness and exhibit lists due. |
| October 1, 2022: | Proposed jury instructions, statement of the case, voir dire due. |
| October 31, 2022: | Objections to voir dire due. |
| October 31, 2022: | Objections to Jury Instructions. |
| January 30, 2023 at 10:00 a.m.: | Pretrial conference for Stacey Yellowhorse. |
| February 13, 2023 at 9:00 a.m.: | Jury selection and trial for Stacey Yellowhorse. |

All the time from the filing of the Opposed Motion to Continue Trial (Doc. 175) until the beginning of jury selection as approved by the Court above shall be excluded, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii), in computing the time within which the trial of this case must commence under the Speedy Trial Act.

_____
UNITED STATES DISTRICT JUDGE

3

Submitted by:

*/s/ Wouter Zwart*
WOUTER ZWART
CAREY C. BHALLA
JOSEPH E. SHATTUCK
Counsel for Defendant Stacey Yellowhorse

Approved:

*/s/ Frederick T. Mendenhall*
FREDERICK T. MENDENHALL
JENNIFER M. ROZZONI
Assistant United States Attorneys